ACCEPTED
05-14-00040-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
10/26/2015 12:00:00 AM
LISA MATZ
CLERK

## CAUSE NO. 05-14-00040-CV

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
10/24/2015 10:50:52 AM
LISA MATZ
Clerk

| | | |
|---|---|---|
| **IN THE INTEREST OF** | § | **IN THE COURT OF APPEALS** |
| | § | |
| **M.A.M.** | § | **FOR THE FIFTH DISTRICT** |
| | § | |
| **A CHILD** | § | **AT DALLAS, TEXAS** |

## APPELLANT'S MOTION OPPOSING APPELLEE'S MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S MOTION FOR REHEARING

TO THE HONORABLE JUSTICES:

NOW COMES ESFANDIAR MAASOUMI, Appellant, and files this his *Motion in Opposition to Appellee's Motion for Extension of Time to File Appellee's Motion for Rehearing.*

### 1. INTRODUCTION

Esfandiar Maasoumi, Appellant, is opposed to the Appellee's Motion for extension of time to file Appellee's Motion for Rehearing. Appellee's deadline was October 23, 2015, the date of her filing motion for extension.

Appellee's counsel has a record of filing these gratuitous motions intended purely for delay and to impede justice. She has cited the same personal reasons related to alleged personal needs for repeated changes to her office and firm engagements and changes.

### 2. ARGUMENTS AND AUTHORITIES

Appellee counsel "new" firm, O'Neil Wysocki, P.C., has a very active "blog" and webpage, https://www.facebook.com/OneilWysocki. Ms. O'Neil has posted at least two new blogs, on October 22, and October 28, for a total of 2473, six single spaced pages, at the same time that the deadline clock was running for this cause. Appellant objects to Appellee's argument in that her firm was formed on June 1, 2015. It has a total of six DR attorneys and advertises itself to clients as providing the entire team of attorneys to handle the client's case. In addition, Ms. Ashley Russell is still one of the lead counsels in this cause. The Facebook page shows that they are preparing for a Halloween Party! Appellee's Motion does not set forth facts that explain why an appeal decided against the Appellee on a single issue needs more time.

Appellee's Motion for Extension alleges she needs more time to "review the record." The appeal decision turned on an undisputed fact-- that the failure to pay attorney's fees was the basis of the trial court's dismissal. Appellee's own Brief argued that the dismissal was for failure to timely pay the attorney's fees. Any possible argument would be one of law, such as "COA you are wrong in your opinion. Attorney's fees in SAPCR modifications are 'costs'."

A decision to deny this latest Motion for delay does not interfere with Appellee's ability to take its case to the Supreme Court.

Appellee's Motion for extension and its arguments is part of a pattern (at least two others filed before the setting of April 7, 2014).

### 3. Prayer

Appellant urges This Honorable Court to deny Appellee's Motion for Extension of time.

(Contrary to Counsel's signed certification, Appellant was not consulted by Appellee prior to her latest motion for extension of time to delay).

Respectfully Submitted,

**Esfandiar Maasoumi, pro se**
1602 Fishburne Dr; 324
Atlanta, Ga, 30322.
emaasou@emory.edu

## CERTIFICATE OF SERVICE

I certify that a true copy of ESFANDIAR MAASOUMI'S MOTION TO OPPOSE APPELLEE'S *Motion for Extension of Time to File Appellee's Motion for Rehearing* was served on MICHELLE O'NEIL, by e-mail on October 24, 2015.

**ESFANDIAR MAASOUMI, PRO SE**